IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES TURNER,

    Plaintiff,

v.

CITY AND COUNTY OF RACINE,
JUDGE EMMANUEL VUVANAS,
JUDGE LAWRENCE FLYNN,
JUDGE FAYE FLANCHER,
JUDGE GERALD P. PTACEK,
STATE OF CORRECTIONS
ADMINISTRATION, JON LITSCHER,
MARK HEISE, MICHAEL DITTMANN, and
SANDY HAUTAMAKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-837-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under *Heck v. Humphrey*, 512 U.S. 477 (1994).

/s/                                                         9/11/2018

Peter Oppeneer, Clerk of Court                     Date